UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 84 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| EDWARD J. GREMO, JR. | ) | |
| | ) | |

## SUPPLEMENTAL EXPERT WITNESS DISCLOSURE

The United States, by its attorney, JOHN R. LAUSCH, United States Attorney for the Northern District of Illinois, files herewith its supplemental expert disclosure to defense counsel. In support of this motion, the undersigned assistant states as follows:

1. Following a telephone conversation on Tuesday, April 10. 2018 in which defense counsel expressed concern with the expert disclosure by the United States Attorney's office, and asked for further information, the United States tendered further discovery to defense counsel by letter.

2. A copy of that letter is appended hereto.

Respectfully submitted,

JOHN R. LAUSCH
United States Attorney

By: *Terry M. Kinney /s/*
TERRY M. KINNEY
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-5300