## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                     Case No.: 1:16–cr–00084
                                                       Honorable John Robert Blakey

Edward J Gremo Jr

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 17, 2018:

        MINUTE entry before the Honorable John Robert Blakey: As to Defendant
Edward J Gremo (1): Jury trial held on 4/17/2018 and continued to 4/18/2018 at 10:30
a.m. in Courtroom 1203, attorneys shall appear at 10:00 a.m. Mailed notice (ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.