# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                        Case No.: 1:16−cr−00084
                                               Honorable John Robert Blakey

Edward J Gremo Jr

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 18, 2018:

      MINUTE entry before the Honorable John Robert Blakey: As to Defendant Edward J Gremo (1): Jury trial held on 4/18/2018 and continued to 4/19/2018 at 10:30 a.m. in Courtroom 1203, attorneys shall appear at 10:00 a.m. Mailed notice (ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.